AO451 (Rev. 12/93) Certification of Judgment

# United States District Court
## DISTRICT OF COLORADO

PHILIP B. WAYNE,
**Plaintiff,**

V.

VIDEOMINEX, INC., a Massachusetts Corporation,
**Defendant.**

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

CASE NUMBER: 03-Z-653(OES)

I, __Gregory C. Langham__ CLERK of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __June 4, 2004__, as
(Date)
it appears in the records of this court, and that

** No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of the Court.

__July 7, 2004__                             __Gregory C. Langham__
(Date)                                           (Clerk)

                                                 _[signature]_
                                                 (By) Deputy Clerk

** Insert the appropriate language:......."no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."......."no notice of appeal from this judgment has been filed, and any motion of the kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [Date]."......."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."......." an appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

(† Note: The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)