JUN 0 7 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RECEIVED JUN - 3 2004

Civil Action No. 03-Z-653 (OES)

PHILIP B. WAYNE
Plaintiff,

v.

VIDEOMINEX, INC., a Massachusetts Corporation
Defendant

UNITED STATES DISTRICT COU...
DENVER COLORADO

JUN 0 4 2004

GREGORY C. LANGHA...
CLE...

## JUDGMENT

Motion for Entry of Judgment having been filed by Plaintiff, Philip B. Wayne, along with a Confession of Judgment, it appearing that Defendant is in default under its settlement agreement, good cause appearing, no additional notice being required;

ORDERED, judgment hereby enters on behalf of Plaintiff, Philip B. Wayne, and against Defendant, VideoMinex, Inc., a Massachusetts Corporation, in the amount of $100,000.00, plus interest calculated at the Colorado legal rate of 8% per annum from the time of entry of judgment; and

FURTHER ORDERED, Plaintiff is awarded costs to be assessed against Defendant, and a bill of costs will be filed by Plaintiff in accordance with D.C.COLO.LCivR. 54.1.

DATED: June 2, 2004

BY THE COURT,

_____
United States District Court Judge

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 4   2004

GREGORY C. LANGHAM
CLERK

1

## CERTIFICATE OF SERVICE

Civil Action No. 03-Z-0653 (OES)

The undersigned certifies that a copy of the foregoing was served on _June 4_, 2004, by:

( ) delivery to:

Magistrate Judge O. Edward Schlatter

OR

( ) depositing the same in the United States Mail, postage prepaid, addressed to:

Steven L. Zimmerman, Esq.
Rubin & Zimmerman, P.C.
9725 E. Hampden Ave., #330
Denver, CO 80231

John M. Tanner, Esq.
Colin A. Walker, Esq.
Fairfield and Woods, P.C.
1700 Lincoln St., Ste. 2400
Denver, CO 80203-4524

GREGORY C. LANGHAM, Clerk

By _____
Deputy Clerk